ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

EDWARD E. GROVES
Special Attorney
U.S. Department of Justice, Tax Division
950 Pennsylvania Avenue, NW, Room 4132
Washington, D.C.  20530
Telephone:  (202) 514-5193
Facsimile:  (202) 514-9623

THOMAS J. KRYSA
Special Attorney
U.S. Department of Justice, Tax Division
950 Pennsylvania Avenue, NW, Room 4132
Washington, D.C.  20530
Telephone:  (202) 514-5547
Facsimile:  (202) 514-9623

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 30 2002

at __ o'clock and __ m.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00438 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [18 U.S.C. § 1512(b)(2)(A) & (B)] |
| AARON A. RUTLEDGE, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1
(18 U.S.C. § 1512(b)(2)(A) & (B))
(Witness Tampering)

The Grand Jury charges:

On or about October 30, 1997, in the District of Hawaii, defendant AARON A. RUTLEDGE did knowingly corruptly

persuade, and attempt to persuade, an individual known to the Grand Jury with the intent to cause and induce said person to (A) withhold a record, document and other object from an official proceeding, to wit: a Federal grand jury proceeding and its related criminal investigation, and (B) alter, destroy, mutilate and conceal objects with the intent to impair the objects' integrity and availability for use in such official proceeding.

All in violation of Title 18, United States Code, Section 1512(b)(2)(A) & (B).

DATED: _Oct. 30, 2002_, at Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ _____
EDWARD E. GROVES
Special Attorney
U.S Department of Justice, Tax Division

/s/ _____ for
THOMAS J. KRYSA
Special Attorney
U.S. Department of Justice, Tax Division

USA v. Aaron A. Rutledge; Indictment; Cr. No.