EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDWARD E. GROVES
Trial Attorney
U.S. Department of Justice, Tax Division
950 Pennsylvania Avenue, NW, Room 4132
Washington, D.C.  20530
Telephone:  (202) 514-5193
Facsimile:  (202) 514-9623
e-mail: edward.e.groves@usdoj.gov

THOMAS J. KRYSA
Trial Attorney
U.S. Department of Justice, Tax Division
950 Pennsylvania Avenue, NW, Room 4132
Washington, D.C.  20530
Telephone:  (202) 514-5547
Facsimile:  (202) 514-9623
e-mail: thomas.j.krysa@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 2 2003

at ____ o'clock and 3J min. ___
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00438-DAE |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| | ) | |
| vs. | ) | [18 U.S.C. § 1512(b)(2)(A)&(B) |
| | ) | & 26 U.S.C. § 7206(1)] |
| | ) | |
| | ) | |
| AARON A. RUTLEDGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

SUPERSEDING INDICTMENT

COUNT 1
(18 U.S.C. § 1512(b)(2)(A) & (B))
(Witness Tampering)

The Grand Jury charges:

On or about October 30, 1997, in the District of

Hawaii, defendant AARON A. RUTLEDGE did knowingly corruptly

persuade, and attempt to persuade, an individual known to the

Grand Jury with the intent to cause and induce said person to (A)

withhold a record, document and other object from an official

proceeding, to wit: a Federal grand jury proceeding and its

related criminal investigation, and (B) alter, destroy, mutilate

and conceal objects with intent to impair the objects' integrity

and availability for use in such official proceeding.

All in violation of Title 18, United States Code,

Section 1512(b)(2)(A) & (B).


COUNT 2
(26 U.S.C. § 7206(1))
(Subscribing to a False Income Tax Return)

The Grand Jury further charges:

On or about July 22, 1997, in the District of Hawaii,

defendant AARON A. RUTLEDGE, did willfully make and subscribe a

Form 1120 United States Corporation Income Tax Return for the

entity known as Star Beachboys, Inc., in his capacity as

Secretary-Treasurer of that corporation for the tax year ending

June 30, 1997, which was verified by a written declaration that

it was made under the penalties of perjury, which was filed with

the Internal Revenue Service and was false as to a material matter, which said income tax return he did not believe to be true and correct as to every material matter in that Line 1A reported gross receipts totaling $85,305.00, whereas defendant AARON A. RUTLEDGE then and there well knew and believed that the total gross receipts as reported on said income return were substantially understated.

All in violation of Title 26, United States Code, Section 7206(1).

DATED: April 2, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

EDWARD E. GROVES
Trial Attorney
U.S Department of Justice, Tax Division

THOMAS J. KRYSA
Trial Attorney
U.S. Department of Justice, Tax Division

USA v. Aaron A. Rutledge; Superseding Indictment; Cr. No. 02-00438-DAE