# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00438DAE |
| CASE NAME: | USA vs. (01) Aaron A. Rutledge |
| | USA vs. (02) Anthony A. Rutledge, Sr. aka "Tony" Rutledge |
| | USA vs. (03) Star-Beachboys, Inc. |
| ATTYS FOR PLA: | Edmund K. Power |
| | John F. Cox, III |
| ATTYS FOR DEFT: | (01) Brian J. De Lima |
| | (02) Paul B.K. Wong |
| | (03) Dennis E.W. O'Connor, Jr |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 2/2/2006 | TIME: | 11:00-11:30 |

COURT ACTION:  EP: Status Conference with Counsel only held.

Submitted by: Warren N. Nakamura, Courtroom Manager