EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

**ORIGINAL**

EDMUND P. POWER
JOHN F. COX III
PATRICK T. MURPHY
Trial Attorneys
U.S. Department of Justice
P.O. Box 972
Washington, D.C.  20044
Telephone:  (703) 299-3905
Facsimile:  (703) 842-4035
Email: edmund.p.power@usdoj.gov
       john.cox@usdoj.gov
       patrick.murphy@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2006

at ___ o'clock and ___ min ___ M
SUE B_____ CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00438 DAE-BMK -01 |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN A |
| | ) | FELONY CASE BEFORE UNITED |
| vs. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| AARON A. RUTLEDGE, | ) | COP Date: February 2, 2006 |
| | ) | Time:     2:30 p.m. |
| Defendant. | ) | Judge:    Leslie E. Kobayashi |
| | ) | |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Federal Rules of Criminal Procedure

("FRCrP") Rule 11, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to FRCrP Rule 32. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATE:   February 2, 2006, Honolulu, Hawaii.

_____
AARON A. RUTLEDGE
Defendant

_____
BRIAN J. DELIMA
Attorney for Defendant


APPROVED:

_____
EDMUND P. POWER
Trial Attorney

_____
JOHN F. COX, III
Trial Attorney