EDWARD H. KUBO, JR. #2499  
United States Attorney  
District of Hawaii

EDMUND P. POWER  
JOHN F. COX III  
PATRICK T. MURPHY  
Trial Attorneys  
U.S. Department of Justice  
P.O. Box 972  
Washington, D.C.  20044  
Telephone: (703) 299-3905  
Facsimile: (703) 842-4035  
Email: edmund.p.power@usdoj.gov  
       john.cox@usdoj.gov  
       patrick.murphy@usdoj.gov

**ORIGINAL**

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

FEB 2 2006

at ___ o'clock and ___ min. ___M  
SUE B____           CLERK

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 02-00438-DAE-BMK |
| Plaintiff, | ) | CRIMINAL INFORMATION |
| v. | ) | |
| AARON A. RUTLEDGE, (01) <br> ANTHONY A. RUTLEDGE, SR., (02) <br>    a/k/a "TONY" RUTLEDGE <br> STAR-BEACHBOYS, INC., (03) | ) | Hon. David Alan Ezra |
| Defendants. | ) | |

<u>CRIMINAL INFORMATION</u>

On or about, October 30, 1997, in the District of Hawaii, defendant AARON A. RUTLEDGE, in violation of Title 18, United States Code, Section 1512(d), did intentionally harass another person and thereby hinder, delay, prevent and dissuade that

1

person from reporting to a law enforcement officer of the United States the commission of a Federal offense.


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/
_____
EDMUND P. POWER
JOHN F. COX III
PATRICK T. MURPHY

Attorneys for the United States