(HI 4/93) Consent to Proceed - Misdemeanor

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

United States of America )
)
)
)
vs. )
Aaron A. Rutledge )
)
)
_____ )

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE
JUDGE IN A MISDEMEANOR

CASE NUMBER
CR 02-00438DAE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 2 2006
at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY:  Waive (give up my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment, and sentencing before a United States magistrate judge.

x _Aaron Rutledge_
Defendant

_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_       _3/17/70_
Social Security Number   Date of Birth

_2621 Puunui Ave  Hon- 96817_
Address

**WAIVER OF RIGHT TO TRIAL BY JURY**

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury. _Aaron Rutledge_
Defendant

Consented to by United States _Aaron Rutledge_    _Edric Pou_
                                Signature          Trial Attorney
                                                   DOJ
_____
Name and Title

**WAIVER OF RIGHT TO HAVE THIRTY DAYS PREPARE FOR TRIAL**

Magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

_____
Defendant.

_____  Approved By: _Kevin S.C. Chang_ Date: _2/2/06_
Defendant's Attorney (if any)       U.S. Magistrate Judge