# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00438DAE |
| CASE NAME: | USA v. (01)Aaron A. Rutledge |
| ATTYS FOR PLA: | Edmund P. Power<br>John F. Cox, III |
| ATTYS FOR DEFT: | Brian J. De Lima |
| USPO: | Ellie Asaski |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Debra Chun |
| DATE: | 2/6/2006 | TIME: | 10:30am-11:45am |

COURT ACTION:  EP: Sentencing to Count 1 of the Information as to Defendant (01)Aaron A. Rutledge.

Defendant present, not in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  No Allocution by Defendant.

SENTENCE:

Probation: 1 YEAR

CONDITIONS:

1. That the defendant shall abide by the standard conditions of probation.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5.  That the defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision. **Since the defendant does not have a recent history of substance abuse and the offense is not drug related, it is recommended that the Court waive the mandatory drug test condition.**

6.  That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8.  That the defendant shall immediately resign from Unity House, Inc., and leave any position or office he holds with or in Unity House. The defendant shall also disassociate himself from both Unity House and its assets.

9.  That the defendant cooperate with the Internal Revenue Service and arrange for the payment of delinquent taxes, interest and penalties, and the filing of tax returns.

10. That the defendant shall provide to the Probation Office a signed release authorizing credit checks and an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant. In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer.

11. The defendant shall truthfully and timely file and pay taxes owed and shall truthfully and timely file and pay taxes during the period of probation. Further, the defendants shall show proof to the Probation Officer of compliance of this order.

12. The defendant shall notify the Probation Officer of any contemplated employment and shall obtain approval from the Probation Officer for all employment. Unless the defendant is self employed, he may not be employed in any capacity wherein he has custody, control, or management of his employer's funds.

13. The defendant shall provide the Probation Officer with access to any and all business records, client lists and other records, client lists and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer.

Special Assessment: $25.00. Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss All Remaining Counts as to this Defendant Only - GRANTED.

Submitted by:  Theresa Lam, Courtroom Manager