**ORIGINAL**

LAW OFFICES OF BROOK HART
A Law Corporation
BROOK HART  #723
333 Queen Street, Suite 610
Honolulu, Hawaii  96813
hartlaw@hawaii.rr.com
Telephone:  (808) 526-0811
Facsimile:   (808) 531-2677

HOWARD GLICKSTEIN   #2392
345 Queen Street, Second Floor
Honolulu, Hawaii  96813
hglickstei@aol.com
Telephone:  (808) 521-3336
Facsimile:   (808) 566-0347

FRED H. ALTSHULER
Altshuler, Berzon, Nussbaum,
   Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
faltshuler@altshulerberzon.com
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

Attorneys for UNITY HOUSE, INC.,
IN RECEIVERSHIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Criminal No. 02-00438 DAE |
|---|---|---|
| Plaintiff, | ) ) ) | SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO |
| vs. | ) ) | REMOVE ITEM NO. 37 ("LAND – PUNALUU") FROM THE LIST OF |
| AARON A. RUTLEDGE, ANTHONY | ) | UNITY HOUSE ASSETS SUBJECT |

| | |
|---|---|
| A. RUTLEDGE, SR., a/k/a/ "TONY" RUTLEDGE, STAR-BEACHBOYS, INC., <br><br>              Defendants. | ) TO RESTRAINING ORDER, OR, IN<br>) THE ALTERNATIVE, FOR AN<br>) ORDER ALLOWING ENTRY OF AN<br>) INTERLOCUTORY DECREE OF<br>) FORECLOSURE; DECLARATION<br>) OF JOHN D. MARSHALL;<br>) DECLARATION OF COREY Y.S.<br>) PARK; EXHIBIT "A";<br>) DECLARATION OF HOWARD<br>) GLICKSTEIN; EXHIBIT "B";<br>) CERTIFICATE OF SERVICE<br>)<br>) DATE:  March 6, 2006<br>) TIME:  9:45 a.m.<br>) JUDGE: Hon. David A. Ezra |

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMOVE ITEM NO. 37 ("LAND – PUNALUU") FROM THE LIST OF UNITY HOUSE ASSETS SUBJECT TO RESTRAINING ORDER, OR, IN THE ALTERNATIVE, FOR AN ORDER ALLOWING ENTRY OF AN INTERLOCUTORY DECREE OF FORECLOSURE

The parties to the consolidated State Court lawsuits have engaged in successful negotiations to resolve those lawsuits. See Declaration of Corey Y.S. Park and attached Exhibit A, and Declaration of John D. Marshall. Pursuant to the terms agreed to by the parties, Unity House, Inc. will receive the sum of $9,026,694, which sum will be adjusted to take into account lease rents paid by the two Associations between December 1, 2005 and the date of closing, less all real property taxes paid by Unity House on the subject properties, both to be prorated as of the day of closing. See Exhibit A attached to the Declaration of Corey Y.S. Park at page 4, paragraph 1. Both the Association Lawsuit (i.e., Civil No. 99-1122-03)

2

and the Foreclosure Lawsuit (Civil No. 99-2545-07) will be dismissed with prejudice.

The amount agreed to by the parties to resolve these matters is a reasonable and fair resolution. Unity House, Inc. will receive approximately $5,300,000 over and above the $3.744 million loaned to the Hanohano entities in 1997. Unity House, Inc. will not have to go through an appeal, in which two of the appellate issues would be the allowance by the State Circuit Court of what the Associations will claim is a double recovery of interest, by allowing approximately $1.1 million in interest expense paid by Unity House in addition to the substantial interest embodied in the $10.5 million gross redemption amount, as well as the appellate issue of allowing more than $600,000 in attorneys' fees in a situation in which the contract of the parties does not provide for attorneys' fees.

Due to these developments, if the Court does not remove the "Land – Punaluu" item entirely from the Restraining Order, Movant respectfully requests as alternative relief that the Court allow the parties to the State Circuit Court lawsuits to resolve those lawsuits on the terms and conditions set forth in Exhibit A to the Declaration of Corey S. Park.

Also, in the original Motion, Movant purported to attach as Exhibit A to the Declaration of Howard Glickstein a copy of the State Circuit Court's February 7, 2005 Findings of Fact and Conclusions of Law in Civil No. 99-2545-07. Through

inadvertence, the wrong document was attached. See Declaration of Howard Glickstein attached hereto. The correct document is attached to the Declaration of Howard Glickstein attached hereto. Movant apologizes to the Court and to the parties for the error.

DATED: Honolulu, Hawaii, February 10, 2006.

*Brook Hart*
BROOK HART
HOWARD GLICKSTEIN
FRED H. ALTSHULER
Attorneys for UNITY HOUSE, INC.,
IN RECEIVERSHIP