IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 02-00438 |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| AARON A. RUTLEDGE, ANTHONY ) | |
| A. RUTLEDGE, SR., a/k/a/ "TONY" ) | |
| RUTLEDGE, STAR-BEACHBOYS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing will be duly served upon the following by means of hand delivery or by depositing same in the United States mail, postage prepaid, to their last known addresses on the date indicated below:

    William C. McCorriston, Esq.
    Paul B. Wong, Esq.
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Blvd.
    Honolulu, HI 96813
        Attorneys for Defendant Anthony A. Rutledge, Sr.

    Edward H. Kubo, Jr., Esq.
    U.S. Attorney
    Florence T. Nakakuni, Esq.
    Asst. U.S. Attorney
    300 Ala Moana Blvd., Ste. 6100
    Honolulu, HI 96850
        Attorneys for Plaintiff, United States of America

Edmund P. Power, Esq.
U.S. Department of Justice
Tax Division, Criminal Enforcement Division
950 Pennsylvania Ave. NW, Room 4132
Washington, DC 20530
    Attorney for Plaintiff, United States of America

Dennis E. W. O'Connor, Jr., Esq.
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, CA 96813
    Attorney for Defendant Star Beachboys, Inc.

Brian J. DeLima, Esq.
101 Aupuni St., #133
Hilo, Hawaii 96720
    Attorney for Defendant Aaron A. Rutledge

DATED: Honolulu, Hawaii, February **10**, 2006.

*/s/ Brook Hart*

BROOK HART
HOWARD GLICKSTEIN
FRED H. ALTSHULER
Attorneys for UNITY HOUSE, INC.,
IN RECEIVERSHIP