| Form **4564** (Rev. June 1988) | Department of the Treasury — Internal Revenue Service<br>**Information Document Request** | Request number<br>2 |
|---|---|---|

| To: (Name of Taxpayer and Company Division or Branch) | Subject |
|---|---|
| Mr. Anthony Pounders, Court Appointed Receiver<br>Unity House Incorporated (UHI)<br>1701 Ala Wai Blvd<br>Honolulu, Hawaii, 96815 | Form 990 FY 2002, 2003 and 2004 |
| | SAIN number / Submitted to: Anthony Pounders |
| *Please return Part 2 with listed documents to requester identified below* | Dates of previous requests: None |

Description of documents requested

A. Please provide the following related returns for inspection:
   Hale Lokahi Limited (1120), Lokahi Greens in Ewa, Inc. (990) and Hawaii Pacific Cinema Development Foundation, Inc. (990).

B. Please provide the legal invoices received by UHI (whether paid or unpaid) for 2002 to 2004.

C. Identify the transactions and specific accounting records for UHI's investment in Hoana Investment LLC and Hoana Series B LLC:
   1. Date and Amount of the investments made with UHI's fund,
   2. Bank records for fund transfer and/or UHI's cancelled checks
   3. All copies of the Board of Director's minutes related to this investment
   4. Date the investments was approved by UHI's Board of the Directors
   5. All correspondence, consulting agreement, and legal opinion obtained by UHI related to this investment
   6. List of members of the Board of the Directors
   7. Final signed copies of Subscription Agreement and Investment Agreement

| Information due by | 12/8/2005 | At next appointment ☒ | Mail in ☐ | |
|---|---|---|---|---|
| From: | Name and title of requester<br>May Ferguson, Revenue Agent /s/ May Ferguson | | Employee ID number<br>94-11920 | Date<br>December 7, 2005 |
| | Office location<br>Internal Revenue Service, SA6209/MF, 4330 Watt Ave., Sacramento, CA 95821 | | | Telephone number<br>916-974-5539 |

Catalog No. 23145K                                                            Form **4564** (Rev. 6-1988)

**EXHIBIT C**