ORIGINAL

LAW OFFICES OF BROOK HART
A Law Corporation
BROOK HART 723-0
333 Queen Street, Suite 610
Honolulu, Hawaii 96813
hartlaw@hawaii.rr.com
Telephone: (808) 526-0811
Facsimile: (808) 531-2677

FRED H. ALTSHULER
Altshuler, Berzon, Nussbaum,
 Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108
faltshuler@altshulerberzon.com
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for UNITY HOUSE, INC., IN RECEIVERSHIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 7 2006

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 02-00438 DAE |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE FOR** |
| ) | **"STIPULATED [PROPOSED]** |
| v. ) | **ORDER DISCHARGING THE** |
| ) | **RECEIVER," FILED JUNE 5, 2006** |
| AARON A. RUTLEDGE, ANTHONY ) | |
| A. RUTLEDGE, SR., a/k/a "TONY" ) | |
| RUTLEDGE, STAR-BEACHBOYS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the "Stipulated [Proposed] Order Discharging the Receiver," filed June 5, 2006, was electronically mailed by the United States District Court for the District of Hawaii on June 6, 2006, to:

    Fred H. Altshuler - faltshuler@altshulerberzon.com

    Brian J. DeLima - delima@bigislandlawyers.com

    Renee M. Furuta - rfuruta@hilaw.us

    Brook Hart - hartlaw@hawaii.rr.com

    Edward H. Kubo, Jr. - Ed.Kubo@usdoj.gov, joy.vanderVoort@usdoj.gov; iris.tanaka@usdoj.gov

    William C. McCorriston - mccorriston@m4law.com

    Roger S. Moseley - rmoseley@hilaw.us, vyoung@hilaw.us

    Christopher J. Muzzi - cmussi@hilaw.us

    Paul B.K. Wong - pwong@m4law.com, auyong!@m4law.com

The United States District Court also mailed copies of said Order to:

Brian D. Boyle, Esq.
U.S. Department of Justice
Principal Deputy Associate AG
950 Pennsylvania Avenue NW Room 5706
Washington, D.C. 20530

John D. Cline, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

Edward E. Groves, Esq.
U.S. Department of Justice
Tax Division
950 Pennsylvania Avenue NW Room 4132
Washington, D.C. 20530

K. C. Maxwell, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104-1500

Scott D. Radovich, Esq.
Schneider Tanaka Radovich Andrew & Tanaka
Alakea Corporate Tower
1100 Alakea Street, Suite 2100
Honolulu, Hawaii 96813

Jeffrey M. Rawitz, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

Victor Sherman, Esq.
Sherman & Sherman
2115 Main Street
Santa Monica, CA 90405

Brian S. Sun, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

The undersigned hereby certifies that a copy of the "Stipulated [Proposed] Order Discharging the Receiver," filed June 5, 2006, was mailed on June 6, 2006, via U.S. mail to:

>Frederick L. McKnight, Esq.
>John D. Cline, Esq.
>Jones Day
>555 West Fifth Street, Suite 4600
>Los Angeles, California 90013
>Tel.: (213) 489-3939
>Fax: (213) 243-2539
>Attorneys for Defendant Anthony A. Rutledge, Sr.

>Edmund P. Power, Esq.
>United States Attorney's Office
>Eastern District of Virginia
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Tel: (202) 514-5624
>Attorney for Plaintiff, United States of America

>Patrick T. Murphy, Esq.
>U.S. Department of Justice, Criminal Division
>1400 New York Avenue NW
>Washington, D.C. 20005
>Tel: (202) 307-3338; Fax: (202) 616-1344
>Attorney for Plaintiff, United States of America

Dennis E. W. O'Connor, Jr., Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813
Tel.: (808) 245-3450
Fax.: (808) 245-1857
Attorneys for Defendant Star Beachboys, Inc.

Eric A. Seitz, Esq.
820 Mililani Street, Suite 714
Honolulu, Hawaii 96813
Tel.: (808) 533-7434
Fax: (808) 545-3608
Attorney for the Unity House, Inc., Board of Directors (Anthony Rutledge, Jr., Arlene Ilae, Randall Harakal, Bob Fishman, Randy Borges, Berna Iosua, Michael Green, Norberto Castillo, Sonny Dudoit, James Boersema, Mel Kahele, Juliet Spencer)

Randall Harakal, Esq.
Unity House, Inc.
1701 Ala Wai Boulevard
Honolulu, Hawaii 96815
Tel.: (808) 945-0050
Fax: (808) 944-0056
Senior Vice President and Treasurer, Unity House, Inc.

Anthony Rutledge, Jr.
Unity House, Inc.
1701 Ala Wai Boulevard
Honolulu, Hawaii 96815
Tel.: (808) 945-0050
Fax: (808) 944-0056
President, Unity House, Inc. Board of Directors

Keith Hiraoka, Esq.
Roeca, Louie & Hiraoka, LLP
900 Davies Pacific Center
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Tel.: (808) 538-7500; Fax: (808) 521-9648
Attorney for Arlene Ilae

John D. Marshall, Esq.
Nagle & Marshall, LLP
Three Waterfront Plaza
500 Ala Moana Boulevard, Suite 450
Honolulu, Hawaii 96813
Tel.: (808) 523-3834; Fax: (808) 545-1835
Attorney for AOAO Pat's at Punaluu

Corey Y.S. Park, Esq.
Park, Johnson, Park & Niles
ASB Tower, Suite 1300
1001 Bishop Street
P.O. Box 4438
Honolulu, Hawaii 96812
Tel.: (808) 524-1212;   Fax: (808) 528-1654
Attorney for AOAO Hanohano Hale and
Bank of Hawaii Insurance Services, Inc.

Jonathan S. Durrett, Esq.
Stubenberg & Durrett
Davies Pacific Center
841 Bishop Street, Suite 2115
Honolulu, Hawaii 96813
Tel.: (808) 526-0892;   Fax:   (808) 533-4399
Attorney for Hanohano Enterprises, Inc. and Hanohano Family, Inc.

William J. Gilardy, Jr., Esq.
1620 Ala Moana Boulevard, Suite 510
Honolulu, Hawaii 96815
Tel.: (808) 545-3900
Attorney for Sarai Ann Kalai Hanohano Vahey

Grant K. Kidani, Esq.
Alan Ling Wong, Esq.
300 Kidani Law Center, 233 Merchant Street
Honolulu, Hawaii 96813-2995
Tel.: (808) 521-0933; Fax: (808) 536-9138
Attorneys for Rudy Tam

Mark T. Shklov, Esq.
Shklov Berman & O'Connor
Suite 2800, ASB Tower, 1001 Bishop Street
Honolulu, Hawaii
Tel.: (808) 585-8858; Fax: (808) 599-4198
Attorney for Chabad Lubavitch of Hawaii, Inc.

J. Patrick Gallagher, Esq.
Henderson Gallagher & Kane
Topa Financial Center, 745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel.: (808) 531-2023; Fax: (808) 531-2408
Attorney for National Union Fire Insurance Co. of Pittsburgh, Pa.

T. Anthony Gill, Esq.
Gill & Zukeran
707 Richards Street, Suite 100
Honolulu, Hawaii 96813-4693
Tel.: (808) 523-6777
Attorney for the *Aarona* plaintiffs (Kaleo Aarona, Luanne Fujinaka, Stella Galon, Eric Gill, Brian Goo, Godfrey Maeshiro, Dominador Molina, Robin Murayama, Tammy Omoso, Ilia Patlidzanov, Bruce Robertson, Maria Salantes, William Simon, Hernando Tan, Lois Tanaka, UNITE HERE Local 5)

Jeffrey S. Portnoy, Esq.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Tel.: (808) 521-9200;   Fax: (808) 521-9210
Attorney for Unity House, Inc.

David J. Gierlach, Esq.
500 Ala Moana Boulevard, Suite 5-330
Honolulu, Hawaii 96813-4727
Tel.: (808) 521-3336;   Fax: (808) 526-2275
Attorney for Unity House, Inc.

Craig K. Hirai, CPA
Bowen Hunsaker Hirai
733 Bishop Street, Suite 2020
Pacific Guardian Center, Makai Tower
Honolulu, Hawaii 96813
Tel.: (808) 526-2020;   Fax: (808) 526-2021
Tax Consultant for Unity House, Inc., in Receivership

May Ferguson, Revenue Agent, Internal Revenue Service
4330 Watt Avenue
Sacramento, California 95821
Tel.: (916) 974-5911

Jann Tompkins, Special Agent
Asset Forfeiture Coordinator, Internal Revenue Service
915 Second Avenue, Rm. 3250
Seattle, Washington 98174
Tel: (206) 220-5847;   Fax: (206) 220-5864

Howard Glickstein, Esq.
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Tel.: (808) 528-5200;   Fax: (808) 531-5315
Attorney for Unity House, Inc., in Receivership

Steven M. Egesdal, Esq.
Carlsmith Ball LLP
ASB Tower, Suite 220, 1001 Bishop Street
Honolulu, Hawaii 96813
Tel.: (808) 523-2546;   Fax: (808) 523-0842
Attorney for Unity House, Inc., in Receivership

Walter Beh, II, Esq.
Jason Tani, Esq.
Devon Peterson, Esq.
Rush Moore LLP
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Tel.: (808) 521-0400;   Fax: (808) 521-0597
Attorneys for Unity House, Inc., in Receivership

Philip R. Brown, Esq.
The Law Offices of Philip R. Brown
1001 Bishop Street, Pauahi Tower, Suite 2005
Honolulu, Hawaii 96813
Tel:   (808) 523-5900;   Fax:   (808) 529-0949
Attorney for Unity House, Inc., in Receivership

Brian A. and Joan G. Anderson
P.O. Box 1237
Kamuela, Hawaii 96743

Kent D. Pelt, Vice President
Title Operations Manager & General Counsel
Fidelity National Title & Escrow of Hawaii, Inc.
201 Merchant Street, Suite 2100
Honolulu, Hawaii 96813
Tel.:  (808) 536-0404;   Fax:   (808) 533-3173

Dennis Enomoto, PY, Inc.
765 Amana Street, Suite 500
Honolulu, Hawaii 96814
Tel.:  (808) 949-8886

William Bradley
Internal Revenue Service
1341 G Street, 9th Floor
Washington, D.C.  20220

DATED:  Honolulu, Hawaii, June 6, 2006.

_____
BROOK HART
Attorney for Unity House, Inc., in Receivership