EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI ##2286
Assistant U. S. Attorney

EDMUND P. POWER
JOHN F. COX III
PATRICK T. MURPHY
Trial Attorneys
U.S. Department of Justice
P.O. Box 972
Washington, D.C. 20044
Telephone: (202) 514-5624
Facsimile: (202) 514-9623
Email: edmund.p.power@usdoj.gov
       john.cox@usdoj.gov
       patrick.murphy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00438 DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| vs. | ) | EXTENSION OF TIME TO |
| | ) | RESPOND TO STIPULATED ORDER |
| AARON A. RUTLEDGE, (01) | ) | DISCHARGING THE RECEIVER; |
| ANTHONY A. RUTLEDGE, SR., (02) | ) | DECLARATION OF FLORENCE T. |
| a/k/a "TONY" RUTLEDGE, | ) | NAKAKUNI; CERTIFICATE OF |
| STAR-BEACHBOYS, INC., (03) | ) | SERVICE |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO STIPULATED ORDER DISCHARGING THE RECEIVER

Plaintiff United States of America, through its attorney, Edward H. Kubo, United States Attorney, moves this Honorable Court for an extension of time from June 23, 2006, to

and including July 7, 2006, to determine if it has any substantive response to the Order dated June 2, 2006, discharging the Receiver.

This Motion is made pursuant to Local Rule 47, and is based upon the attached Declaration of Counsel.

DATED:  June 23, 2006, at Honolulu, Hawaii.

                Respectfully submitted,

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By /s/ Florence T. Nakakuni
                   EDMUND P. POWER
                   JOHN F. COX III
                   PATRICK T. MURPHY
                   Trial Attorneys
                   U.S. Department of Justice
                   FLORENCE T. NAKAKUNI
                   Assistant U. S. Attorney

                Attorneys for Plaintiff
                UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:

Brook Hart, Esq.                  hartlaw@hawaii.rr.com
Fred H. Altshuler, Esq.          faltshuler@altshulerberzon.com
Attorneys for Unity House, Inc.
  in Receivership

Brian J. DeLima, Esq             delima@bigislandlawyers.com
Attorney for Aaron A. Rutledge

<u>Served by First Class mail</u>:

Eric A. Seitz, Esq
820 Mililani St., Suite 714
Honolulu, HI 96813
Attorney for Unity House, Inc.

Jeffrey M. Rawitz, Esq.
Jones Day
555 S. Flower St, 50th Fl
Los Angeles, CA 90071
Attorney for Anthony Rutledge, Jr.

Victor Sherman, Esq.
2115 Main St.
Santa Monica, CA 90415
Attorney for Star Beachboys, Inc.

      DATED: June 23, 2006, at Honolulu, Hawaii.

                                         /s/ Cheri Abing