KIDANI LAW CENTER
Attorneys at Law
A Law Corporation

GRANT K. KIDANI     2152-0
ALAN L. WONG        7051-0
300 Kidani Law Center
233 Merchant Street
Honolulu, Hawaii 96813
Telephone: (808) 521-0933
Facsimile: (808) 536-9138
grant@kidani.com
alan@kidani.com

Attorneys for Objectors
RUDY L.K. TAM AND
INVESTMENT GROUP, LLC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 3 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>AARON A. RUTLEDGE,<br>ANTHONY A. RUTLEDGE, SR.,<br>a/k/a "TONY" RUTLEDGE, STAR-<br>BEACHBOYS, INC.<br><br>        Defendants. | Criminal No.: 02-00438 DAE<br><br>OBJECTORS RUDY L.K. TAM AND INVESTMENT GROUP, LLC OBJECTION TO STIPULATED PROPOSED ORDER DISCHARGING THE RECEIVER FILED ON JUNE 5, 2006; MEMORANDUM IN SUPPORT OF OBJECTION; AFFIDAVIT OF GRANT K. KIDANI; EXHIBITS "A"-"F"; CERTIFICATE OF SERVICE |

OBJECTORS RUDY L.K. TAM AND INVESTMENT
GROUP, LLC OBJECTION TO STIPULATED PROPOSED
ORDER DISCHARGING THE RECEIVER FILED ON JUNE 5, 2006

COME NOW Objectors INVESTMENT GROUP, LLC and RUDY TAM (hereinafter collectively referred to as "OBJECTORS"), by and through his attorneys the KIDANI LAW CENTER, and hereby **objects** to the *Stipulated [Proposed] Order Discharging the Receiver filed on June 5, 2006*, sent to Objector's counsel on June 6, 2006 by Receiver's counsel, for good cause, for the reasons set forth in the accompanying memorandum in support, Affidavit of Grant K. Kidani, Exhibit "A", and based upon the records and files herein. OBJECTORS request that this Proposed Order be limited as set forth herein.

DATED: Honolulu, Hawaii, JUN 2 3 2006

GRANT K. KIDANI
ALAN L. WONG
Attorneys for
RUDY L.K TAM AND
INVESTMENT GROUP, LLC