IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 02-00438 DAE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | AFFIDAVIT OF GRANT K. KIDANI |
| AARON A. RUTLEDGE, ) | |
| ANTHONY A. RUTLEDGE, SR., ) | |
| a/k/a "TONY" RUTLEDGE, STAR- ) | |
| BEACHBOYS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

AFFIDAVIT OF GRANT K. KIDANI

STATE OF HAWAII          )
                         ) SS.
CITY AND COUNTY OF HONOLULU )

GRANT K. KIDANI, being first duly sworn upon oath deposes and states as follows:

1. That Affiant is the managing partner with the law firm of KIDANI LAW CENTER, and has been licensed to practice law in the State of Hawaii since 1978 specializing in civil trial practice and that he is a member of the Hawaii State Bar Association in good standing;

2. That Affiant has been retained to represent Objectors in Criminal No. 02-00438 DAE entitled <u>United States of America v. Aaron A. Rutledge, et al.</u>;

3. That Affiant has personal knowledge of the facts set forth in this Affidavit;

4. That attached hereto as Exhibit "A" is a true and accurate copy of Defendants Rudy L.K. Tam and Investment Group, LLC's Combined Motion to Dismiss First Amended Complaint for Injunctive and Other Relief filed on January 6, 2006 or in the Alternative a Continuance to Determine the Real Party in Interest filed on May 9, 2006;

5. That attached hereto as Exhibit "B" is a true and accurate copy of Defendants Rudy L.K. Tam and Investment Group, LLC's Reply Memorandum to Plaintiff Unity House Incorporated's Memorandum in Opposition to Defendants Rudy L.K. Tam and Investment Group, LLC's Combined Motion to Dismiss First Amended Complaint for Injunctive and Other Relief filed on January 6, 2006 or in the Alternative a Continuance to Determine the Real Party in Interest filed on June 9, 2006;

6. That attached hereto as Exhibit "C" is a true and accurate copy Defendants Rudy L.K. Tam and Investment Group, LLC's Motion for Fees and Costs Based Upon Violations of Rule 11 of the Hawaii Rules of Civil Procedures by Plaintiff Unity House, EG & G Technical Services, Inc., and Steven Egesdal, Esq. dated June 22, 2006;

7. That attached hereto as Exhibit "D" is a true and accurate copy of Defendants Rudy L.K. Tam and Investment Group, LLC's Motion to Expunge Notice of Lis Pendens filed on May 9, 2006;

6. That attached hereto as Exhibit "E" is a true and accurate copy of Defendants Rudy L.K. Tam and Investment Group, LLC's Reply Memorandum to Plaintiff Unity House Incorporated's Memorandum in Opposition to defendants Motion to Expunge Notice of Lis Pendens filed on May 9, 2006;

7. That attached hereto as Exhibit "F" is a true and accurate copy of letter from Steven Egesdal, Esq. to Grant K. Kidani, Esq. dated May 8, 2006;

6. For all the foregoing reasons, OBJECTORS requests that this Honorable Court grant this objection to this Order.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GRANT K. KIDANI

Subscribed and sworn to before me
this 22nd day of June, 2006.

_____
Deborah Kaio
Notary Public, State of Hawaii
My Commission Expires: 07/08/06