EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDMUND P. POWER
JOHN F. COX III
PATRICK T. MURPHY
Trial Attorneys
U.S. Department of Justice
P.O. Box 972
Washington, D.C.  20044
Telephone:  (202) 514-5624
Facsimile:  (202) 514-9623
Email: edmund.p.power@usdoj.gov
       john.cox@usdoj.gov
       patrick.murphy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                       )<br>            Plaintiff,      ) <br>                                       )<br>     vs.                               )<br>                                       )<br> AARON A. RUTLEDGE,          (01))<br> ANTHONY A. RUTLEDGE, SR., (02))<br>  a/k/a "TONY" RUTLEDGE,         )<br> STAR-BEACHBOYS, INC.,     (03))<br>                                       )<br>            Defendants.    )<br>_____) | CR. NO. 02-00438 DAE-BMK<br><br>ORDER GRANTING GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO STIPULATED ORDER DISCHARGING THE RECEIVER |

ORDER GRANTING GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME
TO RESPOND TO STIPULATED ORDER DISCHARGING THE RECEIVER

Upon consideration of the motion of the United States for additional time to respond to this Court's Order dated June 2, 2006, discharging the Receiver in the above-captioned matter, and for good cause shown, IT IS HEREBY ORDERED that the

United States has an additional fourteen (14) days, to and including July 7, 2006, to file any substantive response to the Order dated June 2, 2006, discharging the Receiver.

ORDERED this 26th day of June, 2006.



_____
David Alan Ezra
United States District Judge

USA v. Aaron A. Rutledge, et al.
Cr. No. 02-004328 DAE
"Order Granting Government's Request for an Extension of Time To Respond to Stipulated Order Discharging the Receiver"