EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Assistant U. S. Attorney

EDMUND P. POWER
JOHN F. COX III
PATRICK T. MURPHY
Trial Attorneys
U.S. Department of Justice
P.O. Box 972
Washington, D.C.  20044
Telephone:  (202) 514-5624
Facsimile:  (202) 514-9623
Email:  edmund.p.power@usdoj.gov
        john.cox@usdoj.gov
        patrick.murphy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00438 DAE-BMK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| AARON A. RUTLEDGE,     (01) | ) | |
| ANTHONY A. RUTLEDGE, SR., (02) | ) | |
| a/k/a "TONY" RUTLEDGE, | ) | |
| STAR-BEACHBOYS, INC.,    (03) | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that the Order Granting Government's
Request for an Extension of Time to Respond to Stipulated Order
Discharging Receiver was signed and filed on June 26, 2006 and
served on the following:

Served Electronically through CM/ECF:

Brook Hart, Esq.                    hartlaw@hawaii.rr.com
Fred H. Altshuler, Esq.            faltshuler@altshulerberzon.com
Attorneys for Unity House, Inc.
  in Receivership


Brian J. DeLima, Esq              delima@bigislandlawyers.com
Attorney for Aaron A. Rutledge


Served by First Class mail:

Eric A. Seitz, Esq
820 Mililani St., Suite 714
Honolulu, HI 96813
Attorney for Unity House, Inc.

Jeffrey M. Rawitz, Esq.
Jones Day
555 S. Flower St, 50th Floor
Los Angeles, CA 90071
Attorney for Anthony Rutledge, Jr.

Victor Sherman, Esq.
2115 Main St.
Santa Monica, CA 90415
Attorney for Star Beachboys, Inc.


            DATED:  June 29, 2006, at Honolulu, Hawaii.


                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

                        By /s/ Florence T. Nakakuni
                          FLORENCE T. NAKAKUNI
                          Assistant U. S. Attorney