INTERNAL USE ONLY: Proceedings include all events.
05-10060 USA, et al v. Rutledge, et al

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Edward E. Groves<br>Room 4132<br>[COR LD NTC aus]<br>U.S. Department of Justice<br>950 Pennsylvania Ave N.W.<br>Washington, DC 20530<br><br>Pat Murphy, Esq.<br>FAX 202/616-2547<br>202/307-3338<br>Rm. 2426<br>[COR LD NTC usa]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Criminal Division/Fraud Section<br>1400 New York Ave., NW<br>Washington, DC 20530 |
| v. | |
| AARON A. RUTLEDGE<br>    Defendant - Appellant | William C. McCorriston, Esq.<br>FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD NTC ret]<br>McCORRISTON MILLER MUKAI MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813 |
| ANTHONY RUTLEDGE, aka "Tony"<br>Rutledge, Star-Beachboys, Inc.<br>    Defendant - Appellant | William C. McCorriston, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>John D. Cline, Esq.<br>FAX 415/875-5700<br>415/875-5812<br>26th Floor<br>[COR LD NTC ret]<br>JONES DAY<br>555 California St.<br>San Francisco, CA 94104 |
| ARLENE E. ILAE<br>    Applicant - Intervenor | Keith K. Hiraoka, Esq.<br>FAX 808-521-9648<br>808/538-7500<br>900 Davies Pac. Ctr<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
05-10060 USA, et al v. Rutledge, et al

                                Keith K. Hiraoka, Esq.
                                (See above)
                                [COR LD NTC ret]
                                ROECA, LOUIE & HIRAOKA
                                841 Bishop Street
                                Honolulu, HI 96813

ARLENE E. ILAE                 Keith K. Hiraoka, Esq.
    Amicus                     (See above)
                                [COR LD NTC ret]