# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00438DAE |
| CASE NAME: | USA v. (01) Aaron A. Rutledge |
| | (02) Anthony A. Rutledge, Sr. aka "Tony" Rutledge |
| | (03) Star-Beachboys, Inc. |
| ATTYS FOR PLA: | Edmund P. Power |
| | John F. Cox, III |
| ATTYS FOR DEFT: | Paul Wong |
| ATTYS: | Brook Hart |
| | Jeff Portnoy |
| | Mark Kawata |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/23/2006 | TIME: | 9:45am-10:30am |

COURT ACTION:  EP:  Status Conference Regarding Objections to Stipulated Proposed Order Discharging the Receiver.

Status Conference held.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager