USA
PTS
USPO

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00488DAE |
| Plaintiff(s), | ) | |
| vs. | ) | |
| Aaron Arthur Rutledge, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 5 2004

at 3 o'clock and 55 min. P M.
WALTER A.Y.H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra Chief United States District Judge in the above-entitled case, Passport Number 120808661 issued at Honolulu, on August 27, 2001 to the above-named defendant, was surrendered to the custody of the Clerk of court on October 5, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    March 17, 1970

Place of Birth:   Hawaii, U.S.A.

Dated at Honolulu, Hawaii on October 5, 2004.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

WALTER A.Y.H. CHINN, Clerk

By: _____
        Deputy Clerk

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: FEB 23 2007        Signature: _____
                                         Owner of Passport